IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20304
Conference Calendar
_____


TONY FITZGERALD COLE,

                                        Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 96-173
- - - - - - - - - -
August 22, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Tony Fitzgerald Cole, # 612907, appeals the denial of his
motion for a preliminary injunction.  Cole argues that he is
entitled to a preliminary injunction instructing the Texas
Department of Criminal Justice (TDCJ) Medical Director to
instruct the Bill Clements Unit to provide him immediately with
medication prescribed by Dr. Balmas Lawrence.  We have reviewed
the record and Cole's brief and AFFIRM the district court's

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

denial for essentially the same reasons set forth by the district court.  Cole v. TDCJ, No. H-96-0173 (S.D. Tex.; Mar. 4, 1996).  Cole's motion for the appointment of counsel is DENIED.  See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).